JOEL D. JOSEPH
3358 Caminito Vasto
La Jolla, CA 92037
(310) 623-3872
joeldjoseph@gmail.com

FILED
May 01 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY      s/ soniad      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JOEL D. JOSEPH,

    Plaintiff,

v.

PRICE WATERHOUSE COOPERS CORPORATE FINANCE LLC

    Defendant.

CASE NO:   '20 CV 0833 AJB  KSC

**COMPLAINT FOR A COMMISSION and FOR BREACH OF FIDUCIARY DUTIES**

## I.

### Nature of the Case

1. This is a case for the payment of a referral fee earned by plaintiff for referring a prospective business purchaser to defendant and for breach of fiduciary duties.

## II.

### Jurisdiction

2. This court has jurisdiction pursuant to 28 U.S.C. §1331 (diversity jurisdiction).

3. The amount in controversy exceeds the sum or value of $75,000.

/

/

1
COMPLAINT

## III.

## Parties

4. Plaintiff Joel D. Joseph resides in San Diego County.

5. Defendant Price Waterhouse Coopers Corporate Finance LLC is a Delaware Limited Liability Company. Price Waterhouse Coopers Corporate Finance LLC is headquartered in New York, NY.

## IV

## Factual Allegations

6. Plaintiff was an investor in Green Chef Corporation.

7. Plaintiff's son, Michael Joseph, was the Chief Executive Officer of Green Chef Corporation.

8. In July, 2017, Green Chef Corporation signed an agreement with Price Waterhouse Coopers Corporate Finance (PWCCF) to act as its agent. This agreement provided that PWCCF would find a buyer for Green Chef Corporation and that PWCCF would receive a fee of two million dollars if a sale were effected through defendant's actions.

9. After about four months without a successful sale, Michael Joseph and plaintiff had a meeting in Santa Monica, California to discuss how to proceed. Joel Joseph suggested that PWCCF initiate discussions with Hello Fresh, a German company in the meal kit business.

10. Michael Joseph immediately contacted Trip Wolfe of PWCCP to suggest that he contact Hello Fresh.

11. PWCCP immediately thereafter approached Hello Fresh about the purchase of Green Chef. PWCCP had not approached Hello Fresh until Joel D. Joseph suggested it.

12. On March 20, 2018 HelloFresh SE announced that it acquired Green Chef.

13. PWCCP was paid two million dollars out of the proceeds of the sale.

14. Plaintiff wrote to PWCCP about his commission for the referral, but PWCCP failed to respond to his letter.

15. California permits oral agreements for finder's fees. Cal. Civil Code §1624.

## V.

### First Cause of Action: Action to Recover Commission

16. Plaintiff incorporates by reference paragraphs one through 15, inclusive.

17. Defendant has wrongfully failed to honor the commission for a referral fee by plaintiff.

18. Plaintiff has been damaged as a result of this wrongful failure to pay a valid referral fee.

## VI.

### Second Cause of Action: Breach of Fiduciary Duties

19. Plaintiff incorporates by reference paragraphs one through 18.

20. Defendant owed a fiduciary duty of loyalty and good faith to plaintiff, a shareholder of Green Chef Corporation.

21. Defendant breached the duty of loyalty and good faith by representing the interests of New Enterprise Associates ahead of the interests of the common stock shareholders of Green Chef Corporation.

22. New Enterprise Associates owned preferred stock in Green Chef Corporation.

23. Trip Wolfe, an officer of defendant in charge of the Green Chef sale, is the son of Howard Wolfe, a New Enterprise Associates executive.

24. The terms of the sale negotiated by PWC wiped out the interests of the common stock holders of Green Chef Corporation.

25. Plaintiff was severely damaged by defendant's breach of fiduciary duties.

26. The actions of defendant were oppressive to plaintiff and to other common stock holders and under the California Civil Code Section 3294 punitive damages are appropriate.

### Request for Relief

WHEREFORE, Plaintiff prays:

A. That this court enter a judgment for plaintiff in the amount of $1 million ($1,000,000.00) for actual damages;

B. That this court award plaintiff with nine million dollars ($9,000,000) for punitive damages;

C. That this court award interest to plaintiff;

D. That this court award attorney's fees to plaintiff;

E. The costs of this action be awarded plaintiff.

F. That this Court grant such other and further relief as it shall deem just.

Respectfully submitted,

JOEL D. JOSEPH
3358 Caminito Vasto
La Jolla, California 92037
(310) 623-3872

## JURY DEMAND

Plaintiff demands a trial by jury.

_____
JOEL D. JOSEPH

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS121051
Cashier ID: akukura
Transaction Date: 05/04/2020
Payer Name: Joel Joseph
------------------------------------
CIVIL FILING FEE
 For: Joel Joseph
 Case/Party: D-CAS-3-20-CV-000831-001
 Amount:      $400.00
------------------------------------
CHECK
 Check/Money Order Num: 1015
 Amt Tendered:  $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00


There will be a fee of $53.00
charged for any returned check.
```

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE
POSTAGE REQUIRED

| | |
|---|---|
| **UNITED STATES POSTAL SERVICE** | Retail |

**P** — US POSTAGE PAID
**$7.75**
Origin: 92037
04/30/20
0540760039-11

**PRIORITY MAIL 1-DAY ®**

0 Lb 12.80 Oz
1006

EXPECTED DELIVERY DAY: 05/01/20

C037

SHIP TO:
333 W BROADWAY
STE 420
SAN DIEGO CA 92101-3806

USPS TRACKING® NUMBER

9505 5145 2226 0121 3248 56

FROM:
JOEL JOSEPH
3358 CAMINITO VASTO
LA JOLLA, CA 92037



TO:
CLERK
US DISTRICT COURT
333 W. BROADWAY
SUITE 420
SAN DIEGO, CA 92101

 schedule free package Pickup, scan the QR code.

USPS.COM/PICKUP

* Domestic only

PS00001000014    EP14F Oct 2018
OD: 12 1/2 x 9 1/2

* Domestic only.   × For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This envelope is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.